UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeff Seipel, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; Tom Vevea, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; James Brady, as Trustees of the Minnesota Laborers Vacation Fund; Keith Kramer, as Trustee of the Minnesota Laborers Vacation Fund; Tom Vevea, as Trustees of the Construction Laborers' Education, Training and Apprenticeship Fund of Minnesota and North Dakota; Gary Reed, as Trustee of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; Ronald Thornburg, as Trustee of the Minnesota Laborers Employers Cooperation and Education Trust; and Chris Born, as Trustee of the Minnesota Laborers Employers Cooperation and Education Trust, and each of their successors;

      Plaintiffs,

v.

M.J. Ryan Construction Company,

      Defendant.

Civ. No. 08-5106 (JNE/JJK)

**ORDER**

Based on the Report and Recommendation by United States Magistrate Judge Jeffrey J. Keyes, dated March 30, 2010, with all the files and records, and with no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Entry of Judgment (Doc. No. 24), is **GRANTED**;

2. This Court adopts the March 30, 2010 Report and Recommendation; and

3. Judgment in the amount of $12,736.14 is entered against Defendant M.J.

Ryan Construction Company in favor of Plaintiffs.

Date: <u>5-3</u>, 2010

<u>s/ Joan N. Ericksen</u><br>
JOAN N. ERICKSEN<br>
United States District Court Judge